UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80786-DIMITROULEAS/MATTHEWMAN

LORI ANNE IACOVETTA,

    Plaintiff,

vs.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER OF REMAND; ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Matthewman (the "Report") [DE 27], entered herein on July 6, 2021. The Court notes that no objections to the Report [DE 27] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 27] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 27] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 27] is hereby **ADOPTED AND APPROVED**;
2. Plaintiff's Motion for Summary Judgment [21] is **GRANTED**;
3. Defendant's Motion for Summary Judgment [24] is **DENIED**;

4. The decision of the Commissioner is hereby **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Matthewman's Report and Recommendation [DE 27].

5. The Court will enter a separate judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of July, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Matthewman